IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

    Plaintiff,

v.

FRAN MONROE-JENNINGS,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-135-bbc

---

This action came for consideration before the court with Magistrate Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Fran Monroe-Jennings granting her motion for summary judgment and dismissing this case.

_____     __1/23/13__
Peter Oppeneer, Clerk of Court               Date